UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANSHEN LIN,<br><br>　　　　Defendant. | CASE NO. MJ20-739<br>(D/Columbia MJ19-314)<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Mail Fraud

<u>Date of Detention Hearing</u>:　　November 16, 2020.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　　1.　　Defendant has been charged in U.S. District Court for the District of Columbia

DETENTION ORDER
PAGE -1

with Mail Fraud. Defendant has no ties to this District, although he has ties to the District of Columbia. Defendant asserts he was returning to the District of Columbia from travel to Asia when he was arrested at the airport in Seattle, Washington. He has a Chinese passport, which was seized at the time of arrest. Defendant has a history of frequent travel to Hong Kong. His criminal history includes two prior convictions for similar offenses. He has waived an identity hearing and an Order of Transfer has been signed.

2. Defendant poses a risk of nonappearance based on lack of ties to this District, foreign passport, and frequent foreign travel. Defendant poses a risk of danger based on the criminal history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. Defendant may wish to renew his request for release at his initial appearance in the District Court for the District of Columbia.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

DETENTION ORDER
PAGE -2

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 16th day of November, 2020.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3